UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MONTAÑEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PEPSICO, INC, a North Carolina Corporation, FRITO-LAY, INC., a Delaware Corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendant. | Case No. 5:24-cv-01792-JWH-DTB<br><br>**ORDER EXTENDING TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND EXTEND DISCOVERY DEADLINES**<br><br>The Hon. John W. Holcomb<br><br>Trial Date: None Set |

3015925.1

ORDER

1  The Court has reviewed the parties' stipulation to extend the time of Plaintiff Richard Montañez to file a First Amended Complaint and to extend other deadlines. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. Plaintiff Richard Montañez may file a First Amended Complaint, if at all, on or before July 14, 2025.
2. The Expert Disclosure (Initial) deadline is **EXTENDED** to August 1, 2025.
3. The Expert Disclosure (Rebuttal) deadline is **EXTENDED** to August 15, 2025.
4. The all-discovery cut-off is **EXTENDED** to August 29, 2025.
5. The Parties' Last Date to Conduct Settlement Conference is **EXTENDED** to September 26, 2025.

**IT IS SO ORDERED.**

DATED: June 16, 2025

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE