1  ELLIS GEORGE LLP
   Eric M. George (State Bar No. 166403)
2     egeorge@ellisgeorge.com
   Serli Polatoglu (State Bar No. 311023)
3     spolatoglu@ellisgeorge.com
   2121 Avenue of the Stars, 30th Floor
4  Los Angeles, California 90067
   Telephone: (310) 274-7100
5  Facsimile: (310) 275-5697

6  Attorneys for Plaintiff Richard Montañez

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                  EASTERN DIVISION

12

| 13 | RICHARD MONTAÑEZ, an individual, | Case No. 5:24-cv-01792-JWH-DTB |
|---|---|---|
| 14 | Plaintiff, | The Hon. John W. Holcomb |
| 15 | | **NOTICE OF SETTLEMENT** |
| 16 | vs. | |
| 17 | PEPSICO, INC, a North Carolina Corporation, FRITO-LAY, INC., a Delaware Corporation; and DOES 1 | |
| 18 | through 30, inclusive, | |
| 19 | Defendant. | |

20

21

22

23

24

25

26

27

28

1      TO THE COURT, PLEASE TAKE NOTICE that, pursuant to Local Rules

2 16-15.7 and 40-2, Plaintiff Richard Montañez ("Plaintiff"), and Defendants

3 PepsiCo, Inc, and Frito-Lay, Inc. (collectively, "Defendants"), have settled all

4 claims asserted by Plaintiff in this action.  Plaintiff will file a Request for Dismissal

5 with prejudice of the above-captioned action shortly.

6

7 DATED:  July 14, 2025        ELLIS GEORGE LLP
                Eric M. George

8                 Serli Polatoglu

9

10

11           By: _____

12                 Serli Polatoglu
         Attorneys for Plaintiff Richard Montañez

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3028843.1

-2-

NOTICE OF SETTLEMENT